**Darryl KINNEY; JK Minor, Plaintiffs–Appellants,**

v.

**U.S. DEPT. OF JUSTICE; I.R.S.; State of Illinois, Defendants–Appellees.**

No. 09–2231.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 26, 2010.

Darryl Kinney, JK Minor, Appellants Pro Se. Kevin J. Mikolashek, Lauren Anne Wetzler, Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Kinney and JK Minor appeal the district court's order dismissing their civil rights action as frivolous. On appeal, we confine our review to the issues raised in the Appellants' brief, *see* 4th Cir. R. 34(b), and Appellants' brief alleges no error committed by the district court. We therefore find Appellants have forfeited appellate review of that order. Accordingly, we affirm the district court's order. Further, we grant Appellants' motion to withdraw their previously filed motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*